■ In the Matter of the Claim of CLIFTON L. GATES, Appellant, v GOUVERNEUR TALC CO., INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed April 14, 1978. The board found: "the evidence, particularly the testimony of Dr. Brock, Dr. Miller and Dr. Port, indicates claimant had pneumoconiosis-talcosis to a minimal degree * * * that a claim for bronchi-

tis would be barred by Section 28 and that there is no significant evidence of causally related bronchitis; further that the medical evidence fails to show that the claimant's minimal causally related talcosis aggravated claimant's underlying cardiac condition." The evaluation of medical evidence is a prerogative of the board and its decision is supported by substantial evidence. The reliance by appellant upon the case of *Matter of Wall v Premium Transp. Serv.* (67 AD2d 759) is unwarranted as the favorable opinion of one doctor does not constitute "uncontradicted testimony". The issue there involved section 15 (subd 8, par [a]) of the Workers' Compensation Law. The appellant also relies upon the cases of *Matter of House v International Talc Co.* (51 AD2d 832) and *Matter of McDonald v Atlas Steel Casting Co.* (55 AD2d 758) as authorities requiring a finding that the talcosis is compensable, however, those cases are inapposite because they involve findings of total disability caused by *dust disease* and the decisions of the board were affirmed by this court. Decision affirmed, without costs. Greenblott, J. P., Sweeney, Staley, Jr., Main and Herlihy, JJ., concur.